UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MITCHELL TAYLOR BUTTON et al., | CASE NO. 3:25-cv-05622-DGE |
| Plaintiffs, | |
| v. | ORDER ON MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS ON APPEAL (DKT. NO. 36) |
| JOHN JIMISON, | |
| Defendant. | |

Before the Court is Plaintiffs' motion to proceed in forma pauperis ("IFP") on appeal. (Dkt. No. 36.) Plaintiffs assert they are indigent and unable to pay the fees associated with an appeal. (*Id.* at 2.) Federal Rule of Appellate Procedure 24(a)(3) provides, in relevant part:

> A party who was permitted to proceed in forma pauperis in the district-court action . . . may proceed on appeal in forma pauperis without further authorization, unless: (A) the district court—before or after the notice of appeal is filed—certifies that the appeal is not taken in good faith or finds that the party is not otherwise entitled to proceed in forma pauperis and states in writing its reasons for certification or finding; or (B) a statute provides otherwise.

Plaintiffs have been permitted to proceed IFP through the entirety of this action. (*See* Dkt. No. 4.) The Court has not certified that an appeal would not be taken in good faith or found

ORDER ON MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS ON APPEAL (DKT. NO. 36) - 1

Plaintiffs would not otherwise be entitled to proceed IFP. In addition, Plaintiffs do not identify a statute requiring Plaintiffs to seek further authorization to proceed on appeal in forma pauperis.

Because it appears Plaintiffs do not require further authorization to proceed IFP on appeal, Plaintiffs' request is moot. *See Falls v. Vernal*, Case No. 5:19-cv-02311-JWH (ADS), 2023 WL 8000230 at *1 (C.D. Cal. Jul. 18, 2023) (collecting cases and finding that because plaintiff could proceed on appeal in forma pauperis without further authorization, his request to do so was moot.)

Accordingly, Plaintiffs' motion (Dkt. No. 36) is DENIED as moot.

Dated this 19th day of March, 2026.

David G. Estudillo
United States District Judge

ORDER ON MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS ON APPEAL (DKT. NO. 36) - 2